■ ANONYMOUS, Respondent-Appellant, v ANONYMOUS, Appellant-Respondent. [660 NYS2d 972] —Order, Supreme Court, New York County (Fern Fisher-Brandveen, J.), entered on or about March 21, 1997, which, upon renewal and reargument of a prior order entered December 11, 1996, *inter alia*, awarded plaintiff temporary custody of the parties' child, temporary maintenance, child support and interim counsel fees, unanimously affirmed, without costs.

As there are no exigent circumstances and there is a showing that the motion court gave proper consideration to the criteria specified in Domestic Relations Law § 236 (B) (6), the pendente lite award herein will not be disturbed. The best remedy for any perceived inequities is a prompt trial (*see, Halperin v Halperin*, 234 AD2d 59; *Aron v Aron*, 216 AD2d 98; *Lowe v Lowe*, 211 AD2d 595; *Cohen v Cohen*, 208 AD2d 482). Concur—Milonas, J. P., Williams, Mazzarelli and Andrias, JJ.

■ In the Matter of MORTON OKIN (Admitted as MORTON S. SWIRSKY), a Disbarred Attorney. [660 NYS2d 978] —Motion for reinstatement denied. No opinion. Concur—Murphy, P. J., Sullivan, Rosenberger, Ellerin and Andrias, JJ.

■ In the Matter of MANOJKUMAR D. PATEL (Admitted as MANOJKUMAR DAHYABHIA PATEL), a Disbarred Attorney. [661 NYS2d 690] —Motion for reargument and other relief denied in all respects. No opinion. Concur—Sullivan, J. P., Rosenberger, Rubin, Williams and Andrias, JJ.